131

Argued and submitted October 31, remanded for resentencing; otherwise affirmed
November 26, 2003

STATE OF OREGON,
*Respondent,*

*v.*

SCOTT SHERWOOD LOEW,
*Appellant.*

00CR2049; A114066

80 P3d 544

Kimi Nam, Deputy Public Defender, argued the cause for appellant. With her on the opening brief was David E. Groom, Acting Executive Director, Office of Public Defense Services. With her on the supplement brief was Peter A. Ozanne, Executive Director, Office of Public Defense Services.

Erika L. Hadlock, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction and sentence for assault in the fourth degree, ORS 163.160, and harassment, ORS 166.065. We reject without discussion defendant's challenges to his convictions. Defendant argues that the trial court erred in imposing two years of post-prison supervision to be served after a departure sentence of 60 months' incarceration for the assault, which is a Class C felony for which the maximum indeterminate sentence is five years. *See* OAR 213-005-0002(4) (term of post-prison supervision, when added to prison term, "shall not exceed the statutory maximum indeterminate sentence for the crime of conviction"). The state concedes the error. We agree with that concession.

Remanded for resentencing; otherwise affirmed.